UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER BUCKENBERGER                    CIVIL ACTION

VERSUS                                       NO. 07-1408

RODNEY STRAIN, ET AL.                        SECTION: "R"(5)

## ORDER

The Court, having reviewed *de novo* the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's claims against St. Tammany Parish Sheriff Rodney Strain, St. Tammany Parish Jail Warden Marlin Peachey, and St. Tammany Parish Jail Assistant Warden Greg Longino are DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2)(B)(I)-(ii).

New Orleans, Louisiana, this 4th day of December, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE